BEFORE THE SECOND DIVISION, DECEMBER 20, 1940

No. 45014.—Protests 831975–G (A), etc., of Drake Supply Co. et al. (Baltimore etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, DECEMBER 20, 1940

No. 45015.—Protest 976755–G of Eurasia Import Co. (New York).

EVANS, Judge: This is an action against the United States in which the plaintiff seeks redress from the action of the collector of customs in refusing delivery of merchandise on the ground that the same had been seized by a special agent of the Bureau of Customs. It was originally decided September 13, 1939, in an opinion reported in *Eurasia Import Co.* v. *United States*, 3 Cust. Ct. 106, C. D. 213. Our conclusion there was that the protest should be dismissed and we granted the Government's motion to that effect.

Since the rehearing was granted there have been sundry developments which necessitate a reconsideration of the case.

It appears that the protest was formally abandoned in writing by plaintiff's attorney and the abandonment filed in the office of the clerk of the court on August 18, 1939. However, through inadvertence this abandonment was not brought to the attention of the division of the court having jurisdiction of the subject matter nor to the attention of the presiding judge of the court until after the decision above referred to. Said abandonment, however, is a part of the record now before us and it is our duty to pass on it. We find that plaintiff's attorney had full power to execute the same and that he did so in obedience to a direct command from his client, who in turn was moved to act as he did because he had effected a compromise with the collector of customs and the Treasury Department whereby he obtained possession of his goods. Obviously this arrangement of the importer with the Government has made the question sought to be raised by the protest a moot one, and we do not decide moot questions.

Because the protest has been formally abandoned and because the question is now moot, we direct that a formal order of dismissal be entered.

Judgment will be rendered accordingly. It is so ordered.

No. 45016.—Protests 978146–G, etc., of Eurasia Import Co., Inc. (New York).

Opinion by EVANS, J. It appeared that in each case the entered value included the charges in question and there is no claim of clerical error or that the entry was made under duress. Under the terms of section 503, Tariff Act of 1930, it was held that the collector would be bound to assess duty on the entered value. On the record presented the protests were overruled.